In the Matter of the Application of the VILLAGE OF CANTON, NEW YORK, Respondent, *v.* ELVA ALLEN MATTHEWS, Appellant.

Third Department, November 14, 1917.

See head note in *Village of Canton* v. *Allen* (*ante,* p. 273).

APPEAL by the defendant, Elva Allen Matthews, from an order of the Supreme Court, made at the St. Lawrence Special Term and entered in the office of the clerk of the county of St. Lawrence on the 10th day of May, 1917, permitting plaintiff to take possession of the premises sought to be condemned,

*George E. Van Kennen*, for the appellant.

*Lawrence Russell*, for the respondent.

SEWELL, J.:

The facts of this case are the same as in *Matter of Village of Canton* v. *Allen* (180 App. Div. 273), and I think the order appealed from should be reversed, with ten dollars costs and disbursements, on the authority of that case.

All concurred, except KELLOGG, P. J., not voting.

Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.